Samuel FRASURE, Employee–
Respondent,

v.

**LAWRENCE A. JONES MORTUARY,**
and Maryland Casualty Company,
Employer/Insurer–Appellants.

No. WD 47552.

Missouri Court of Appeals,
Western District.

Oct. 5, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 30, 1993.

Application to Transfer Denied
Jan. 25, 1994.

James A. Borthwick, Sally B. Surridge, Blackwell Sanders Matheny Weary & Lombardi, Kansas City, for employer, insurer-appellant.

John Kurtz, Popham Law Firm, Kansas City, for employee-respondent.

Before TURNAGE, C.J., and SMART and ELLIS, JJ.

## ORDER

PER CURIAM:

Appeal from decision by the Labor and Industrial Relations Commission which denied the workers' compensation insurance carrier subrogation against employer's uninsured motorists carrier.

Judgment affirmed. Rule 84.16(b).